**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nicholas GUERRERO, Defendant–Appellant.**

No. 09–30433.

United States Court of Appeals, Ninth Circuit.

---

Submitted Sept. 13, 2010.*

Filed Oct. 5, 2010.

Jane Kirk, Shawn N. Anderson, Office of The U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Philip Edward Nino, Spokane, WA, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Nicholas Guerrero appeals from the 139–month sentence imposed following his guilty-plea conviction for distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Guerrero contends that his sentence is substantively unreasonable because it should have been imposed to run concurrent or partially concurrent to his undischarged 46–month federal sentence. The record reflects that the district court did not procedurally err and that, in light of the totality of the circumstances, the district court did not abuse its discretion because the sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,*

520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.